```
MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 21, 2012
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

**THOMAS A. LAPENTER**                                **CIVIL ACTION**

**VERSUS**                                            **NUMBER: 12-1442**

**HARTFORD LIFE AND ACCIDENT**                        **SECTION: "A"(5)**
**INSURANCE COMPANY**

                          HEARING ON MOTION

APPEARANCES:   Margaret Swetman, Reagen Toledano

MOTION:

(1)  Defendant's Motion to Strike Written Discovery (Rec. doc. 11).

   1   :   Opposition

                              ORDERED

   1   :   Other: Plaintiff's Revised Requests for Production of Documents to Defendant:

     Nos. 7, 8: to the extent that they still exist, defendant is to produce the audio recordings of telephone calls between plaintiff and defendant's representatives.

     No. 9: defendant is to produce any written policies for the handling of short-term disability claims for PTSD and for long-term disability claims for colon cancer.

```
MJSTAR(00:25)
```

    Nos. 10, 11: to the extent that responsive documents have not already been provided defendant is to produce.

    No. 12: covered by Court's ruling on Request Nos. 7 and 8, <u>supra</u>.

    No. 13: defendant need not produce.

    No. 14: subject to a protective order to be entered into between the parties, defendant is to produce the performance evaluations of Bill Faber and James Early with any personal information to be deleted therefrom.

    Nos. 15-19: defendant need not produce.

    No. 20: defendant is to produce for 2011 and 2012.

    No. 21: defendant need not produce.

The supplementation ordered above is to be provided by November 30, 2012. The Court is to be notified if the parties are unable to agree to the terms of the protective order. Defendant has agreed to provide plaintiff with another copy of its supplemental response to Interrogatory No. 10.

 

                                           ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE